# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

**MARY WILKES SHORT,** *ET AL.*　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

**VS.**　　　　　　　　　　　**1:18-CV-00074-BRW**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Based on the Order entered today, Defendant's Motion for Summary Judgment is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED this 12th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE